# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

162449 & (41)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

NORMAN E. CARSON,
      Plaintiff-Appellant/
      Cross-Appellee,

v

BANDIT INDUSTRIES, INC. and ACUITY, A
MUTUAL INSURANCE COMPANY,
      Defendants-Appellees/
      Cross-Appellants.

SC: 162449
COA: 350257
MCAC: 18-000012

_____/

On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the December 17, 2020 judgment of the Court of Appeals and REMAND this case to the Court of Appeals for consideration as on leave granted of those issues that the Court of Appeals previously declined to review. See *Carson v Bandit Industries, Inc*, unpublished order of the Court of Appeals, issued January 2, 2020 (Docket No. 350257). As consideration of the appellant's other issues may impact the Court of Appeals' decision on the issue of recoupment, the Court of Appeals should also reconsider the recoupment issue and address the arguments presented by the parties in this Court with respect to that issue. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk

p0623